IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF AHERN, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 09-03545 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff, a former state prisoner, filed the present pro se complaint under 42 U.S.C. § 1983. In an Order dated November 16, 2009, the Court informed him that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's in forma pauperis application. The Court ordered the Clerk of the Court to send Plaintiff a blank non-prisoner's in forma pauperis application. The Court informed Plaintiff that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the non-prisoner's in forma pauperis application or otherwise communicated with the Court.

　　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall terminate all pending motions and close the file.

　　　　IT IS SO ORDERED.

DATED: December 17, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.09\Rodgers3545.DisIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DWAYNE RODGERS,

          Plaintiff,

  v.

SHERIFF AHERN et al,

          Defendant.

Case Number: CV09-03545 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Russell Dwayne Rodgers
2458 Illinois Street
East Palo Alto, CA 94303

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk